UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES BRUCE THOMAS,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 00-cv-4304-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Charles Bruce Thomas's motion for leave to proceed *in forma pauperis* (Doc. 56) in his appeal of the Court's dismissal of his Rule 60(b) motion, which the Court construed as a successive petition under 28 U.S.C. § 2255.

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). A frivolous appeal cannot be made in good faith. *Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000). The test for determining if an appeal is in good faith or not frivolous is whether any of the legal points are reasonably arguable on their merits. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967)); *Walker v. O'Brien*, 216 F.3d 626, 631 (7th Cir. 2000).

Thomas's appeal is frivolous and not taken in good faith. It is beyond question that this Court does not have jurisdiction to entertain a successive § 2255 motion absent certification from the Seventh Circuit Court of Appeals pursuant to § 2255, ¶ 8, and that dismissal of his successive § 2255 motion for lack of jurisdiction was correct. *See Nunez v. United States*, 96 F.3d 990, 991 (7th Cir. 1996). Accordingly, the Court **DENIES** Thomas's motion (Doc. 56) and **CERTIFIES** that this appeal is not taken in good faith.

**IT IS SO ORDERED.**
**DATED:  September 15, 2009**

                                      s/ J. Phil Gilbert
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**